**Order issued December 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00020-CR

———————————

**SAMSON PEREZ CASIANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Case No. 1178978**

## ORDER

On November 10, 2009, appellant first attempted to appeal the trial court's

judgment, which was assigned appellate cause number 01-10-00465-CR. We

found the actions taken by the appellant were insufficient to constitute notice of

appeal and, consequently, dismissed the appeal for lack of jurisdiction on October 28, 2010. Our mandate in the cause issued on February 4, 2011.

Since then, appellant sought habeas relief in the Court of Criminal Appeals, which granted his application seeking permission to pursue an out-of-time appeal.

The Court directs the Clerk of the Court to move the records filed in appellate cause number 01-10-00465-CR into this appellate cause number 01-14-00020-CR, and orders that the appeal proceed under appellate cause number 01-14-00020-CR.


Judge's signature: /s/ Jane Bland
      Acting individually

      Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date: December 16, 2014

2